# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:18-CR-00140-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| QUINTON OSHUMOND LITTLEJOHN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Defendant Littlejohn's Motion for Issuance of Subpoenas at Government's Expense" (Doc. 42) filed January 28, 2019. For the reasons set forth therein, the Motion will be **granted**.

Pursuant to the Federal Rules of Criminal Procedure, Defendant QUINTON OSHUMOND LITTTLEJOHN, by and through counsel of record, Roderick M. Wright, Jr., petitioned this Court for an order directing the U.S. Marshals Service to serve a trial Subpoena on the following defense witness:

> Dr. Maher "Max" Noureddine, PhD, MS, D-ABC
> ForensiGen,LLC
> P.O. Box 250
> Oak Ridge, North Carolina 27310
> (336) 411-0221

**THEREFORE, IT IS HEREBY ORDERED** that the Subpoena attached to the Motion be issued, and that the process costs, travel expenses and witness fees for this witness to appear at Defendant's trial shall be paid as if subpoenaed on behalf of the Government, the Court being

satisfied that Defendant is financially unable to pay the fees and expenses of this witness, and that the presence of this witness is necessary for an adequate defense. Once the Subpoena has been served, the U.S. Marshal shall return a confirmed copy of the certificate of service to the Court, which shall be filed under seal.

**SO ORDERED**.

Signed: January 29, 2019

David S. Cayer
United States Magistrate Judge