**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:18-CR-00140-RJC-DSC**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| QUINTON OSHUMOND LITTLEJOHN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Defendant Littlejohn's Motion for Issuance of Subpoenas at Government Expense" (Doc. 44) filed January 29, 2019. For the reasons set forth therein, the Motion will be **granted**.

Pursuant to the Federal Rules of Criminal Procedure, Defendant QUINTON OSHUMOND LITTTLEJOHN, by and through counsel of record, Roderick M. Wright, Jr., petitioned this Court for an order directing the U.S. Marshals Service to serve trial Subpoenas on the following defense witnesses:

Dr. Maher "Max" Noureddine, PhD, MS, D-ABC
ForensiGen,LLC
5687 Wolf Ridge Court
Oak Ridge, North Carolina 27310
(336) 411-0221

Dana M. Way, B.S., Forensic Scientist/Chemist
3rd Degree Investigations, Inc.
205 S. Country Club Drive
Oxford, North Carolina 27565
(919) 427-5592

Detective Melissa R. Cicio (#4619) Gang Unit
Charlotte-Mecklenburg Police Department
601 E. Trade Street
Charlotte, North Carolina 28202
(704) 336-7600

Officer Brendan P. Kennedy (#5234) CMPD Metro Division
Charlotte-Mecklenburg Police Department
601 E. Trade Street
Charlotte, North Carolina 28202
(704) 336-7600

Detective Seth R. Adcox (#4225) Gang Unit
Charlotte-Mecklenburg Police Department
601 E. Trade Street
Charlotte, North Carolina 28202
(704) 336-7600

Detective William C. Hastings (#2232) Gang Unit
Charlotte-Mecklenburg Police Department
601 E. Trade Street
Charlotte, North Carolina 28202
(704) 336-7600

**THEREFORE, IT IS HEREBY ORDERED** that the Subpoenas attached to the Motion be issued, and that the process costs, travel expenses and witness fees for these witnesses to appear at Defendant's trial shall be paid as if subpoenaed on behalf of the Government, the Court being satisfied that Defendant is financially unable to pay the fees and expenses of these witnesses, and that the presence of these witnesses is necessary for an adequate defense. Once the Subpoenas have been served, the U.S. Marshal shall return confirmed copies of the certificates of service to the Court, which shall be filed under seal.

**SO ORDERED**.

Signed: January 30, 2019

David S. Cayer
United States Magistrate Judge